

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- X

COMPANIA EMBOTELLADORA DEL :
PACIFICO, S.A.,                        :
                                       :
        Plaintiff,                     :        00 Civ.
                                       :        Index No. 7677(JSR)
                                       :
                                       :
                                       :
PEPSI COLA COMPANY,                    :
                                       :
        Defendant,                     :
                                       :
-------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties,

through their counsel, as follows:

    1.    Plaintiff's First Claim for Relief is voluntarily discontinued with prejudice and

without costs or attorneys' fees of any kind to any party.

    2.    Defendant's Second and Third Counterclaims are voluntarily discontinued with

prejudice and without costs or attorneys' fees of any kind to any party.

Dated: New York, New York
        July 1, 2009

KASOWITZ, BENSON, TORRES            PROSKAUER ROSE LLP
& FRIEDMAN LLP

By: _____            By: _____

Daniel J. Fetterman                 Louis M. Solomon
Trevor J. Welch                    Michael S. Lazaroff
Olga L. Fuentes Skinner           1585 Broadway
1633 Broadway                    New York, New York 10036
New York, New York 10019          (212) 969-3000
(212) 506-1700                    mlazaroff@proskauer.com
dfutterman@kasowitz.com           *Attorneys for Defendant and Counterclaim*
*Attorneys for Plaintiff and Counterclaim*   *Plaintiff*
*Defendant*

FREEMAN LEWIS LLP

By: _____

Robert Y. Lewis
Jennifer Freeman
228 East 45th Street, 17th Floor
New York, New York 10017
(212) 980-4050
*Attorneys for Plaintiff and Counterclaim*
*Defendant*

So Ordered: _____

Hon. Jed S. Rakoff

7-13-09